UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Civil No. 07cv469-L(NLS) |
| Plaintiff, | |
| v. | **ORDER** |
| EL CAJON MOTORS, a California corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

On May 13, 2008 this action was transferred from the calendar of the Hon. Napoleon A. Jones, Jr. to this court's calendar. By order filed July 6, 2007, a final pretrial conference was set for June 2, 2008 on Judge Jones' calendar. On May 12, 2008, Plaintiff filed witness and exhibit lists and a motion in limine. On May 13, 2008, Defendant filed an exhibit list.

It is **HEREBY ORDERED** as follows:

1. The final pretrial conference is hereby **CONTINUED** to November 17, 2008 at 11:00 a.m.

2. With the exception of the requirement for memoranda of contentions of fact and law, set forth in Civil Local Rule 16.1(f)(2), the parties shall follow Civil Local Rule 16.1(f) in their preparation for the final pretrial conference.

07cv469

3. As required by Civil Local Rule 16.1(6)(c), the proposed pretrial order shall include joint witness and exhibit lists.  The exhibit and witness lists filed by the parties on May 12 and 13, 2008 are hereby **STRICKEN**.  At the pretrial conference, the court will not consider any witness or exhibit lists submitted by only one side.

4. A due date and a briefing schedule for motions in limine will be set by order following the final pretrial conference.  The motion in limine filed on May 12, 2008 is hereby **STRICKEN** as premature.  In no event shall the parties file motions in limine until after the final pretrial conference.

**IT IS SO ORDERED**.

DATED: May 19, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL